UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>RUDOLPH MEDINA aka RUDY MEDINA,<br><br>　　　　　　　　　　Debtor.<br><br>BK Case No. 12-13764-LT7 | Case No.: 3:22-cv-00994-BEN-NLS<br><br>**ORDER DENYING IN PART EX-PARTE MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES**<br><br>[ECF No. 14] |
| RONALD E. STADTMUELLER, Chapter 7 Trustee<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BERNADETTE SARKISIAN, an individual; JOHN SARKISIAN, an individual,<br><br>　　　　　　　Defendants. | |

On April 5, 2023, Defendants Bernadette Sarkisian and John Sarkisian ("Defendants") filed an Ex Parte Motion to Continue the Pre-Trial Conference and Trial Date (the "Motion"). ECF No. 14. Plaintiff Ronald E. Stadtmueller filed an Opposition to the Motion on April 10, 2023. ECF No. 16. Defendants filed a Reply. ECF No. 19. The motion was submitted on the papers without oral argument pursuant to Civil Local Rule 7.1(d) and Rule 78(b) of the Federal Rules of Civil Procedure. ECF No. 20.

1

Having considered the parties' arguments, the Court DENIES IN PART the Motion. The Court ORDERS as follows:

    1. The Pre-Trial Conference date shall remain May 8, 2023.

    2. The Trial date is hereby moved to June 27, 2023.

**IT IS SO ORDERED.**

Dated: April 11, 2023

                                        **HON. ROGER T. BENITEZ**
                                        United States District Judge